**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| REGIONS BANK, D/B/A ASCENTIUM CAPITAL, AS SUCCESSOR BY MERGER TO ASCENTIUM CAPITAL LLC, | ) ) ) ) | |
| Movant, | ) ) | |
| v. | ) ) | No. 2:26-mc-00005-SHL |
| ANA GILLANI and MEHRAJ HUDANI, | ) ) | |
| Respondents. | ) | |

**ORDER GRANTING PETITION TO COMPEL
NON-PARTY COMPLIANCE WITH SUBPOENAS**

Before the Court is the Petition to Compel Non-Party Compliance with Subpoenas, filed

by Movant Regions Bank, d/b/a Ascentium Capital, as successor by merger to Ascentium Capital

LLC, on February 4, 2026.  (ECF No. 1.)  This matter arises out of a Chapter 7 bankruptcy case

involving Kamran Liaquat Kurani in the U.S. Bankruptcy Court for the Northern District of

Georgia, Case No. 22-50579.  (Id. at PageID 2.)  Ascentium Capital LLC, which later merged

with Regions, was a creditor in the bankruptcy case.  (Id. at PageID 2–3.)  On November 6,

2023, the Bankruptcy Court entered a non-dischargeable judgment against Kurani in the amount

of $110,000, plus post-judgment interest.  (Id. at PageID 3.)  To date, Regions has collected only

$800.  (Id.)

Seeking to collect on that judgment, Regions issued separate subpoenas on December 2,

2025, to two third-party witnesses, Respondents Ana Gillani and Mehraj Hudani.  (Id. at PageID

3.)  The subpoenas required the witnesses to produce documents on January 7, 2026, and appear

for depositions later in January.  (Id.)  The subpoenas were personally served on Hudani and

Gillani on December 3 and 5, respectively.  (Id. at PageID 3–4.)  The witnesses indicated that they had the documents and were willing to comply with the subpoenas, but were concerned that the documents are subject to a non-disclosure agreement with Kurani.  (Id. at PageID 4, 6.)  Thus, they did not comply with the January 7 production date and will not comply until a court orders them to do so.  (Id. at PageID 4.)

The witnesses did not object to or seek protective relief from the subpoenas within fourteen days of service.  (Id. at PageID 6.)  Thus, the Petition is deemed unopposed.  See Fed. R. Civ. P. 45(d)(2)(B) ("The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served.").  Accordingly, it is **ORDERED** as follows:

(1)     The Petition is **GRANTED**.

(2)     Ana Gillani is hereby authorized and directed to (i) produce each document within her possession, custody, or control that is responsive to her subpoena within fourteen days, or as otherwise agreed, and (ii) appear for her deposition at the place designated in her subpoena upon reasonable written notice from Regions' counsel.  In lieu of producing documents for inspection and copying at the place designated in the subpoena, Gillani may send complete, legible copies to Regions' counsel by email or other electronic means.

(3)     Mehraj Hudani is hereby authorized and directed to (i) produce each document within his possession, custody, or control that is responsive to his subpoena within fourteen days, or as otherwise agreed, and (ii) appear for her deposition at the place designated in his subpoena upon reasonable written notice from Regions' counsel.  In lieu of producing documents for inspection and copying at the place designated in the subpoena, Hudani may send complete, legible copies to Regions' counsel by email or other electronic means.

(4)     To the extent any documents requested by Regions and produced by either of the witnesses is subject to a preexisting non-disclosure agreement with Kurani, Kurani's partner Adrian Szakallas, or any person or entity affiliated with the Kurani or Szakallas, these witnesses may nevertheless produce such documents to Regions in compliance with this Order.  The production of any such documents by the witnesses to Regions after entry of this Order shall not be a breach or violation of any such non-disclosure agreement.

**IT IS SO ORDERED,** this 1st day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

3